UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. PORTER, | No. CV 11-10308-DMG (AGR) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| BRENDA M. CASH, et al., | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that (1) Defendant Cash's motion for judgment on the pleadings on Plaintiff's official capacity claim is granted with prejudice; (2) Defendant Cash's motion for judgment on the pleadings on Plaintiff's individual liability claim is granted with leave to amend; (3) Defendants Wofford, Wilcox, and McEwan's motion to dismiss the complaint is granted with leave to amend; and (4) Plaintiff's motion for a preliminary injunction is denied.

If Plaintiff chooses to file a First Amended Complaint, **it must be filed no later than 30 days from the entry date of this Order**; bear the docket number assigned

in this case; be labeled "First Amended Complaint"; and be complete in and of itself without reference to the original complaint, or any other pleading, attachment or document.  Further, if Plaintiff chooses to proceed with this action, he must use the blank Central District civil rights complaint form accompanying this order, sign and date the form, completely and accurately fill out the form, and use the space provided in the form to set forth all of the claims he wishes to assert.  Plaintiff is free to attach additional pages to the form.  The Clerk is directed to provide Plaintiff with a blank Central District civil rights complaint form.

**Plaintiff is admonished that if he fails to timely file a First Amended Complaint remedying the deficiencies of the claims discussed in the Report, the complaint is subject to dismissal for failure to state a claim.**

DATED:  October 23, 2012

DOLLY M. GEE
United States District Judge