UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. PORTER,<br><br>  Plaintiff,<br><br>  v.<br><br>BRENDA M. CASH, et al.,<br><br>  Defendants. | NO. CV 11-10308-DMG (AGR)<br><br>ORDER DISMISSING ACTION |

On December 29, 2011, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983 in which he named three defendants in their individual and official capacities: Brenda Cash, Warden at the California State Prison in Lancaster ("CSP-LAC"); Carl Wofford, Chief Deputy Warden at CSP-LAC; and Nathan Wilcox, Correctional Counselor at CSP-LAC.

On October 23, 2012, the Court dismissed some claims with prejudice and dismissed the remaining claims for failure to state a claim but with leave to amend. Specifically, (1) Defendant Cash's motion for judgment on the pleadings on Plaintiff's official capacity claim was granted with prejudice; (2) Defendant Cash's motion for judgment on the pleadings on Plaintiff's individual liability claim was granted with leave to amend; and (3) Defendants Wofford, Wilcox and

1  McEwan's motion to dismiss the complaint was granted with leave to amend.
2  (Order, Dkt. No. 61.)
3      The Court's Order advised Plaintiff that if he chose to file an amended
4  complaint, he must do so within 30 days of the date of entry of the Court's order,
5  which was entered on October 24, 2012. The Court advised Plaintiff that if he
6  failed "to timely file a First Amended Complaint remedying the deficiencies of the
7  claims . . ., the complaint is subject to dismissal for failure to state a claim." (*Id.* at
8  2.)
9      Plaintiff has not filed an amended complaint.
10     Accordingly, IT IS ORDERED that this action is DISMISSED with prejudice
11 for failure to state a claim. *See, e.g., Gephart v. Brewster*, 2008 WL 5062002 (D.
12 Mont. 2008); *see also Thomason v. Nachtrieb*, 888 F.2d 1202 (7th Cir. 1989);
13 *Cotton v. Georgia*, 2011 WL 5358055 (S.D. Ga. 2011).
14     IT IS ORDERED that Judgment be entered for all Defendants.
15     IT IS FURTHER ORDERED that Defendants' application to extend the
16 discovery cut-off date [Doc. # 62] is DENIED as moot.

DATED: January 3, 2013

                                      DOLLY M. GEE
                                United States District Judge

2