UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. PORTER,<br><br>        Plaintiff,<br><br>  v.<br><br>BRENDA M. CASH, et al.,<br><br>        Defendant. | No. CV 11-10308-DMG (AGR)<br><br>JUDGMENT |

Pursuant to the Order dismissing the action with prejudice,

IT IS ADJUDGED that judgment is entered in favor of all Defendants.

DATED: January 3, 2013

_____
DOLLY M. GEE
United States District Judge