# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. PORTER, | No. CV 11-10308-DMG (AGR) |
| Plaintiff, | |
| v. | JUDGMENT |
| BRENDA M. CASH, et al., | |
| Defendant. | |

Pursuant to the Order dismissing the action with prejudice,

IT IS ADJUDGED that judgment is entered in favor of all Defendants.

DATED: January 3, 2013

DOLLY M. GEE
United States District Judge